IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:22-CV-3-FL

| | |
|---|---|
| ROBERT TERRACINO and BRADIE TERRACINO, ) ) ) Plaintiffs, ) ) v. ) ) TRIMACO, INC., f/k/a 2300 Gateway, Inc., et al., ) ) ) Defendants. ) | **ORDER** |

At the direction of the Court, and for the continued efficient administration of justice, the above-captioned case is redesignated as a Western Division case. The Honorable Louise Wood Flanagan, United States District Judge, will remain the presiding judge. **All future documents should reflect the new case number of 5:22-CV-15-FL.** No further filing shall be made in 4:22-CV-3-FL.

SO ORDERED. This 7th day of January, 2022.

/s/ Peter A. Moore, Jr.
Clerk of Court