IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT TERRACINO and BRADIE TERRACINO,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIMACO, INC.,<br>2300 GATEWAY, LLC,<br>CHARLES COBAUGH,<br>and DAVID C. MAY,<br><br>    Defendants. | NO. 5:22-cv-00015-FL |

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned Duncan G. Byers hereby enters a notice of special appearance as counsel for Robert Terracino and Bradie Terracino in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Robert C. Van Arnam.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted, this the 12th day of April, 2022.

                                                     */s/ Duncan G. Byers*
                                                   Duncan G. Byers, Esq.
                                                   Va. Bar ID #48146
                                                   PATTEN, WORNOM, HATTEN & DIAMONSTEIN
                                                   12350 Jefferson Avenue, Suite 300
                                                   Newport News, VA 23602
                                                   Telephone: (757) 223-4500
                                                   Facsimile: (757) 249-1627
                                                   dbyers@pwhd.com

        */s/ Robert C. Van Arnam*
        Robert C. Van Arnam,
        WILLIAMS MULLEN
        301 Fayetteville Street, Suite 1700
        Raleigh, NC 27601
        919.981.4000
        rvanarnam@williamsmullen.com

        *Counsel for the Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2022, I electronically filed the foregoing *Notice of Special Appearance* with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

        */s/ Duncan G. Byers*
        Duncan G. Byers, Esq.
        Va. Bar ID #48146
        PATTEN, WORNOM, HATTEN & DIAMONSTEIN
        12350 Jefferson Avenue, Suite 300
        Newport News, VA 23602
        Telephone: (757) 223-4500
        Facsimile: (757) 249-1627
        dbyers@pwhd.com

*Counsel for Plaintiffs*