
**TRIMACO**
TOTAL JOBSITE PROTECTION

February 10, 2021

**SENT VIA CERTIFIED MAIL**

**RETURN RECEIPT REQUESTED**

Mr. and Mrs. Robert Terracino
3017 Egyptian Lane
Virginia Beach, VA 23456

Re: Termination of Patent License Agreement under United States Patent No. 9,044,917

Dear Mr. and Mrs. Terracino:

Pursuant to Section 6 Paragraph C of the above captioned Patent License Agreement dated February 10, 2016 ("Agreement"), Trimaco hereby gives you notice that Trimaco terminates the Agreement effective 30 days' from the receipt of this correspondence.

Trimaco believes that (i) all fees owed Mr. and Mrs. Terracino have been paid or will be paid by the effective date of termination and (ii) Trimaco has fulfilled all the required obligations under the Agreement.

As per, Section 7 Paragraph D of the Agreement, Trimaco requests the return of any and all Confidential Information furnished to you under the Agreement including any copies of Confidential Information.

Sincerely,

Charles H. Gobaugh

3224 Locust Ave. Ste. 301

St. Louis, MO 63103

3335 Washington Ave.
St. Louis, Missouri 63103
314.534.8025 / Fax 314.531.1723
toll free 888.415.9588

trimaco.com