IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-cv-00015-FL

| | |
|---|---|
| ROBERT TERRACINO and BRADIE TERRACINO, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **NOTICE OF SPECIAL APPEARANCE**<br>) |
| TRIMACO, INC., 2300 GATEWAY, LLC, CHARLES COBAUGH, and DAVID C. MAY, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

Please take notice that the undersigned Deborah Pollack-Milgate hereby enters a notice of special appearance as counsel for Defendants Trimaco, Inc., Charles Cobaugh, and David May in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, John M. Moye.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Respectfully submitted, this 24th day of May, 2022.

                                              */s/ Deborah Pollack-Milgate*
                                              Deborah Pollack-Milgate
                                              Indiana Bar No. 22475-49
                                              deborah.pollackmilgate@btlaw.com
                                              BARNES & THORNBURG LLP
                                              11 S. Meridian Street
                                              Indianapolis, IN 46204
                                              Tel.: (317) 231-7339

*/s/ John M. Moye*
John M. Moye (NC State Bar No. 35463)
jmoye@btlaw.com
BARNES & THORNBURG LLP
4208 Six Forks Road, Suite 1010
Raleigh, NC 27609
Tel.: (919) 536-6200

*Attorneys for Defendants Trimaco, Inc.,
Charles Cobaugh, and David May*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, I electronically filed the foregoing *Notice of Special Appearance* with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                        */s/ Deborah Pollack-Milgate*
                                        Deborah Pollack-Milgate
                                        Indiana Bar No. 22475-49
                                        deborah.pollackmilgate@btlaw.com
                                        BARNES & THORNBURG LLP
                                        11 S. Meridian Street
                                        Indianapolis, IN 46204
                                        Tel.: (317) 231-7339

                                        *Attorney for Defendants Trimaco, Inc.,*
                                        *Charles Cobaugh, and David May*