# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | | |
|---|---|---|
| Robert Terracino and Bradie Terracino ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 5:22-cv-00015-FL |
| Trimaco, Inc. ) | | |
| *Defendant* ) | | |

## APPEARANCE OF LOCAL COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as local counsel for:

Plaintiffs Robert Terracino and Bradie Terracino, per Local Civil Rule 83.1(d) .

Date: 06/13/2023

/s/ Samuel Aaron Forehand
*Attorney's signature*

Samuel Aaron Forehand, N.C. State Bar No. 35284
*Printed name and bar number*

Law Office of Samuel A. Forehand, P.A.
418 Elm Street
Raleigh, North Carolina 27604-1932
Local Civil Rule 83.1(d) Counsel for Plaintiffs
*Address*

SAF@ForehandLaw.com
*E-mail address*

(919) 755-0500
*Telephone number*

(919) 755-1000
*FAX number*

# CERTIFICATE OF SERVICE

The undersigned has this date electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

John M. Moye, Esq.
BARNES & THORNBURG LLP
4280 Six Forks Road, Suite 1010
Raleigh, North Carolina 27609-5738
Counsel for Defendants

Duncan G. Byers, Esq.
BYERS LAW
1769 Jamestown Road, Suite 120
Williamsburg, Virginia 23185-2310
Counsel for Plaintiffs

Robert C. Van Arnam, Esq.
Andrew R. Shores, Esq.
WILLIAMS, MULLEN, CLARK & DOBBINS, P.C.
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601-2173
Local Civil Rule 83.1(d) Counsel for Plaintiffs

This 13th day of June 2023.

/s/ Samuel Aaron Forehand
Samuel Aaron Forehand
LAW OFFICE OF SAMUEL A. FOREHAND, P.A.
418 Elm Street
Raleigh, North Carolina 27604-1932
Tel: (919) 755-0500
Fax: (919) 755-1000
SAF@ForehandLaw.com
N.C. State Bar No. 35284
Local Civil Rule 83.1(d) Counsel for Plaintiffs