**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:22-CV-15-FL**

ROBERT TERRACINO and
BRADIE TERRACINO,

      Plaintiffs,

v.

TRIMACO, INC.,

      Defendant.

**ORDER**

This matter is before the Court on Defendant Trimaco, Inc.'s Consent Motion to extend time to serve its invalidity contentions. Defendant seeks an extension until August 25, 2023 to serve its invalidity contentions. Plaintiffs consent to the requested extension, and the Court finds that good cause exists for the requested extension.

WHEREFORE, IT IS HEREBY ORDERED that Defendant Trimaco, Inc.'s Consent Motion to Extend Time to Serve its Invalidity Contentions is hereby GRANTED. Accordingly, Defendant Trimaco, Inc. shall serve its invalidity contentions no later than <u>August 25, 2023</u>.

SO ORDERED this the _____ day of August, 2023.

      BY:          _____
                       The Hon. Louise Wood Flanagan
                       United States District Court Judge