**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**
**No. 5:22-CV-15-FL**

ROBERT TERRACINO and
BRADIE TERRACINO,

       Plaintiffs,

v.                                                                                                **ORDER**

TRIMACO, INC.,

       Defendant.

This matter is before the Court on Defendant Trimaco, Inc.'s Consent Motion to extend time to serve its invalidity contentions. Defendant sought an extension until August 25, 2023 to serve its invalidity contentions. Plaintiffs consent to the requested extension, and the Court finds that good cause exists for the requested extension.

WHEREFORE, IT IS HEREBY ORDERED that Defendant Trimaco, Inc.'s Consent Motion to Extend Time to Serve its Invalidity Contentions is hereby GRANTED. Accordingly, the court on its own initiative directs that Defendant Trimaco, Inc. shall serve its invalidity contentions no later than September 22, 2023.

SO ORDERED this the 12th day of September, 2023.

BY:

_____
LOUISE W. FLANAGAN
United States District Judge