IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:22-CV-15-FL

| | |
|---|---|
| ROBERT TERRACINO, et al., <br>     Plaintiff, <br><br> vs. <br><br> TRIMACO, INC., et al, <br>     Defendants. | **ORDER APPOINTING MEDIATOR** |

It appearing to the Court that the procedure for selection of a mediator set out in Local Rule 101.1c(b) has been followed in this case, and that Douglas Kenyon has been designated as mediator.

IT IS ORDERED, pursuant to Local Rule 101.1c(b), that Douglas Kenyon is appointed mediator in the above entitled case.

IT IS FURTHER ORDERED, pursuant to Local Rule 101.1d(b), that the parties shall confer with the mediator regarding scheduling of the mediated settlement conference, determine the place and time of the conference, and give notice to the parties.

FURTHER, when the mediated settlement conference is completed, the mediator shall submit the Report of Mediator to the clerk, pursuant to Local Rule 101.1e.

This the 15th day of September 2023.

                                                  /s/ Peter A. Moore, Jr.
                                                Peter A. Moore, Jr.
                                                Clerk of Court