# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-15-FL

ROBERT TERRACINO and
BRADIE TERRACINO,

    Plaintiffs,

v.

TRIMACO, INC.,

    Defendant.

## PLAINTIFF'S PRELIMINARY CLAIM TERM CONSTRUCTION

Defendant Trimaco, Inc. ("Defendant"), by and through the undersigned counsel, submits the following proposed terms for claim construction.

| Claim(s) | Claim Term | Plaintiffs' Proposed Construction | Defendant's Proposed Construction |
|---|---|---|---|
| 1, 6 | a non-skid protective cloth or pad, consisting of | A protective cloth or pad which does not slip or slide relative to a surface upon which it is placed, having at least a first protective layer and at least a second non-skid layer | |
| 1, 6 | adjacent | Lying near or close to, but not necessarily touching. Black's Law Dictionary (11th ed. 2019). | |
| 1, 6 | said downward projecting bumps comprising bumps having at least two different circumferential sizes | downward projecting bumps where each of the bumps has one of two or more different circumferences | |

| | | | |
|---|---|---|---|
| 1, 6 | said height of bumps having the smaller of said at least two different circumferential sizes being greater than said height of said larger of said at least two circumferential sizes | a first bump of a smaller circumference relative to a second bump of greater circumference has a height that is greater than the height of the second bump | |
| 1 | whereby when said lower major surface of said single resilient layer is placed on a support surface, a Sliding Coefficient of friction measure in accordance with TAPPI T548 specification is greater than approximately 0.75 | when tested in accordance with TAPPI T548, the claimed non-skid protective cloth or pad has a sliding coefficient of greater than approximately 0.75. T 548 pm-90. | |
| 4, 9 | amorphous | Irregularly shaped. Oxford English Dictionary, 11th ed. (online). | |
| 6 | whereby when tested in accordance with TAPPI T548 specification, an average slide angle is no less than approximately 40° | when tested in accordance with TAPPI T548, the claimed non-skid protective cloth or pad has an average slide angle of no less than approximately 40 degrees. T 548 pm-90 | |

Dated: September 28, 2023

                */s/ Duncan G. Byers*
                Duncan G. Byers
                BYERS LAW
                1769 Jamestown Road, Suite 120
                Williamsburg, Va. 23185
                Tel. 757.317.2779
                Fax 757.231.3797
                dbyers@dbyerslaw.com
                *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2023, a true and correct copy of the foregoing was served electronically upon the following counsel of record for Plaintiffs:

    John M. Moye (NC State Bar No. 35463)
    BARNES & THORNBURG LLP
    4208 Six Forks Road, Suite 1010 Raleigh, North
    Carolina 27609 Tel. (919) 536-6200
    Fax (919) 536-6201
    jmoye@btlaw.com

    Deborah Pollack-Milgate*
    Joseph L. Fehribach*
    BARNES & THORNBURG LLP
    11 S. Meridian Street Indianapolis, IN 46204
    Tel. (317) 231-1313
    Fax (317) 231-7433
    deborah.pollackmilgate@btlaw.com
    joseph.fehribach@btlaw.com
    *by special appearance
    *Counsel for Defendant Trimaco, Inc.*

                */s/ Duncan G. Byers*

                Duncan G. Byers
                BYERS LAW
                1769 Jamestown Road, Suite 120
                Williamsburg, Va. 23185
                Tel. 757.317.2779
                Fax 757.231.3797
                dbyers@dbyerslaw.com
                *Counsel for Plaintiffs*