# EXHIBIT 7

Black's Law Dictionary (11th ed. 2019), adjacent

## ADJACENT

Bryan A. Garner, Editor in Chief

Preface | Guide | Legal Maxims | Bibliography

**adjacent** *adj.* (15c) Lying near or close to, but not necessarily touching. Cf. ADJOINING.

Westlaw. © 2019 Thomson Reuters. No Claim to Orig. U.S. Govt. Works.

**End of Document**

© 2023 Thomson Reuters. No claim to original U.S. Government Works.

© 2023 Thomson Reuters. No claim to original U.S. Government Works. 1