# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## No. 5:22-CV-15-FL

| | |
|---|---|
| ROBERT TERRACINO and BRADIE TERRACINO, Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TRIMACO, INC.,<br><br>Defendant. | **DEFENDANT'S EXPEDITED MOTION TO COMPEL DISCOVERY** |

COMES NOW Defendant Trimaco, Inc. ("Trimaco") and, pursuant to Fed. R. Civ. P. 26, 34 and 37, moves this Court, on an expedited basis, to compel Plaintiffs to produce all documents requested in Defendants' Requests for Production (the "Requests"). Defendant requests additionally that Plaintiffs be ordered to respond to this Motion no later than December 27, 2023, and to produce the documents sought well in advance of the Court's *Markman* hearing scheduled for February 1, 2024. The grounds for this Motion are set forth in Trimaco's Memorandum of Law, which is being submitted contemporaneously herewith.

Respectfully submitted this 18th day of December, 2023.

                                        */s/ Deborah Pollack-Milgate*
                                        John M. Moye
                                        **BARNES & THORNBURG LLP**
                                        4208 Six Forks Road, Suite 1010
                                        Raleigh, NC 27609-5738
                                        Tel: 919.536.6200
                                        Fax: 919.536.6201
                                        jmoye@btlaw.com
                                        NC State Bar No. 35463

                                        Deborah Pollack-Milgate*
                                        Joseph L. Fehribach**

BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313 | Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com
joseph.fehribach@btlaw.com

*by special appearance*
**special appearance forthcoming*

*Counsel for Defendant Trimaco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Deborah Pollack-Milgate*
Deborah Pollack-Milgate
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313 | Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com