# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION
### No. 5:22-CV-00015-FL

ROBERT TERRACINO and
BRADIE TERRACINO,

       Plaintiffs,

v.

TRIMACO, INC.,

       Defendant.

## ORDER

This day came the Plaintiffs, Robert and Bradie Terracino (the "Terracinos" or "Plaintiffs") on their Motion to Strike Defendant's Response regarding Markman Hearing (Supplement to Claim Construction Hearing) filed on February 23, 2024. Dkt. 65, and upon consideration of the pleadings before the Court, the Court hereby ADJUDGES, RULES, and DECREES that:

1. Plaintiffs' Motion to Strike is GRANTED;

2. The Court will not consider Defendant's Response regarding Markman Hearing (Supplement to Claim Construction Hearing) (Dkt. 65); and

3. The Clerk is requested to remove Defendant's Response regarding Markman Hearing (Supplement to Claim Construction Hearing) from the docket.

SO ORDERED this the _____ day of March, 2024.

       BY:

                _____
                LOUISE W. FLANAGAN
                United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Duncan G. Byers_____
Duncan G. Byers
BYERS LAW
1769 Jamestown Road, Suite 120
Williamsburg, Virginia 23185
(757) 317-2779
Fax (757) 231-3797
dbyers@dbyerslaw.com

Va. Bar ID No. 48146
*Special Appearance Counsel for Plaintiffs*
*Robert and Bradie Terracino*


/s/William Ellis Boyle_____
William Ellis Boyle
N.C. State I.D. No.:  33826
email:  docket@wardandsmith.com
email:  eboyle@wardandsmith.com
Ward and Smith, P.A.
Post Office Box 33009
Wilmington, NC  27636-3009
Telephone:  919.277.9100
Facsimile:  919.277.9177
*Local Civil Rule 83.1(d) Attorney for Plaintiffs*