IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION
No. 5:22-CV-00015-FL

ROBERT TERRACINO and
BRADIE TERRACINO,

    Plaintiffs,

v.

TRIMACO, INC.,

    Defendant.

## MOTION FOR RECONSIDERATION

COME NOW Plaintiffs Robert and Bradie Terracino ("Plaintiffs" or "Terracinos"), pursuant to the Court's Order of May 20, 2024 (DE 77), and for their Motion for Reconsideration/Clarification state as follows:

Pursuant to this Court's Order dated May 20, 2024 (DE 77), Plaintiffs Move this Honorable Court to Reconsider its Claim Construction in the above matter. In support thereof Plaintiffs are simultaneously filing their Memorandum in Support of this Motion.

    June 5, 2024

                                        Respectfully submitted,

                                        /s/ Duncan G. Byers
                                        Duncan G. Byers
                                        BYERS LAW
                                        1769 Jamestown Road, Suite 120
                                        Williamsburg, Virginia 23185
                                        (757) 317-2779
                                        Fax (757) 231-3797
                                        dbyers@dbyerslaw.com
                                        Va. Bar ID No. 48146
                                        *Special Appearance Counsel for Plaintiffs*
                                        *Robert and Bradie Terracino*

/s/William Ellis Boyle  
William Ellis Boyle  
N.C. State I.D. No.: 33826  
email: docket@wardandsmith.com  
email: weboyle@wardandsmith.com  
Ward and Smith, P.A.  
Post Office Box 33009  
Wilmington, NC 27636-3009  
Telephone: 919.277.9100  
Facsimile: 919.277.9177  
*Local Civil Rule 83.1(d) Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 5, 2024 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Duncan G. Byers  
Duncan G. Byers  
BYERS LAW  
1769 Jamestown Road, Suite 120  
Williamsburg, Virginia 23185  
(757) 317-2779  
Fax (757) 231-3797  
dbyers@dbyerslaw.com  
Va. Bar ID  
No. 48146  
*Special Appearance Counsel for Plaintiffs*  
*Robert and Bradie Terracino*

/s/William Ellis Boyle  
William Ellis Boyle  
N.C. State I.D. No.: 33826  
email: docket@wardandsmith.com  
email: eboyle@wardandsmith.com  
Ward and Smith, P.A.  
Post Office Box 33009  
Wilmington, NC 27636-3009  
Telephone: 919.277.9100  
Facsimile: 919.277.9177  
*Local Civil Rule 83.1(d) Attorney for Plaintiffs*