IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:22-CV-015-FL

| | | |
|---|---|---|
| ROBERT TERRACINO and BRADIE TERRACINO, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| TRIMACO, INC., f/k/a/ TRIMACO, LLC; CHARLES COBAUGH; and DAVID C. MAY, | ) ) ) ) | |
| Defendants. | ) ) | |

This case comes now before the court upon motion by defendant Trimaco, Inc. ("Trimaco") for leave to file out of time a motion for summary judgment, copy of which is appended together with proposed supporting memorandum as Exhibit A thereto, which motion was not itself accompanied by any supporting memorandum. (DE 89).

Defendant Trimaco shall show cause in the form of supporting memorandum to be filed within 14 days hereof why it requires such relief where the court earlier set a deadline of December 12, 2024, for the making of dispositive motions. (DE 77). If no such filing is made by **October 2, 2024**, the clerk is directed to TERMINATE the instant motion as moot. Plaintiffs' response time accordingly is stayed.

SO ORDERED, this the 18th day of September, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge