IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-15-FL

| | |
|---|---|
| ROBERT TERRACINO and<br>BRADIE TERRACINO, Individuals,<br><br>　　Plaintiffs,<br><br>v.<br><br>TRIMACO, INC.,<br><br>　　Defendant. | **JOINT MOTION FOR<br>MODIFIED SCHEDULING ORDER** |

COME NOW Plaintiffs Robert and Bradie Terracino ("Plaintiffs") and Defendant Trimaco, Inc. ("Defendant"), by and through the undersigned counsel and pursuant to Rules 16 and 29 of the Federal Rules of Civil Procedure, and jointly and respectfully move this Court to modify the scheduling order, as indicated in the Proposed Order also submitted with this motion.

In support of this Joint Motion, the parties state as follows:

1. In May 2024, this Court entered a Rule 26(f) report governing the timing and logistics for discovery, and the parties commenced fact discovery shortly thereafter. *See* Dkt. 77.

2. In the course of expert discovery, the parties have met and conferred and have agreed to an extension for: (i) a report from Plaintiffs' retained damages expert, as required by Federal Rule of Civil Procedure 26(a)(2); (ii) Disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, to be served by Defendant; (iii) Disclosures and reports by any rebuttal experts; and (iv) Close of expert discovery.

3. Accordingly, the parties have agreed upon the terms of a Modified Scheduling Order including the new deadlines specified in the Proposed Order.

4. Good cause exists under Fed. R. Civ. P. 26(c) for the Modified Scheduling Order because both parties have agreed to such terms and because the modifications do not modify the deadline for any dispositive motion or trial schedule.

5. No prior extensions have been requested.

6. Accordingly, the parties respectfully request that the Court enter the Modified Scheduling Order.

Respectfully submitted this the 24th day of September, 2024.

| FOR THE PLAINTIFFS: | FOR THE DEFENDANT: |
|---|---|
| */s/ Duncan G. Byers* <br> Duncan G. Byers <br> BYERS LAW <br> 1769 Jamestown Road, Suite 120 <br> Williamsburg, VA 23185 <br> Tel: (757) 317-2779 | Fax (757) 231-3797 <br> dbyers@dbyerslaw.com | */s/ Deborah Pollack-Milgate* <br> John M. Moye (NC State Bar No. 35463) <br> BARNES & THORNBURG LLP <br> 4208 Six Forks Road, Suite 1010 <br> Raleigh, NC 27609 <br> Tel. (919) 536-6200 | Fax (919) 536-6201 <br> jmoye@btlaw.com |
| William Ellis Boyle (NC State Bar No. 33826) <br> WARD AND SMITH, P.A. <br> Post Office Box 33009 <br> Wilmington, NC 27636-3009 <br> weboyle@wardandsmith.com <br> docket@wardandsmith.com | Deborah Pollack-Milgate* <br> Joseph L. Fehribach* <br> BARNES & THORNBURG LLP <br> 11 S. Meridian Street <br> Indianapolis, IN 46204 <br> Tel. (317) 231-1313 | Fax (317) 231-7433 <br> deborah.pollackmilgate@btlaw.com <br> joseph.fehribach@btlaw.com |

*by special appearance*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, I electronically filed the foregoing *Joint Motion for Modified Scheduling Order* with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ Deborah Pollack-Milgate
Deborah Pollack-Milgate
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313 | Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com

*Counsel for Defendant Trimaco, Inc.*