## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## No. 5:22-CV-15-FL

ROBERT TERRACINO and
BRADIE TERRACINO, Individuals,

     Plaintiffs,

v.

TRIMACO, INC.,

     Defendant.

**<u>ORDER</u>**

This matter is before the Court on the Joint Motion of Plaintiffs Robert and Bradie Terracino ("Plaintiffs") and Defendant Trimaco, Inc. ("Defendant") to Modify the Scheduling Order. Plaintiffs and Defendant seek to modify the scheduling order. Deadlines set in previous case management orders not altered herein remain in effect, except as set forth as follows:

| | |
|---|---|
| Report from Plaintiffs' retained damages expert, as required by Federal Rule of Civil Procedure 26(a)(2) | October 11, 2024 |
| Disclosures required by Federal Rule of Civil Procedure 26(a)(2), including reports from retained experts, to be served by defendant | October 11, 2024 |
| Disclosures and reports by any rebuttal experts to Plaintiffs' infringement expert due | October 11, 2024 |
| Disclosures and reports by any rebuttal experts to Plaintiffs' damages expert due | October 25, 2024 |
| Disclosures and reports by any rebuttal experts to Defendant's infringement expert due | October 25, 2024 |
| Close of expert discovery | November 26, 2024 |

WHEREFORE, IT IS HEREBY ORDERED that Plaintiffs' and Defendant's Joint Motion to Modify the Scheduling Order is hereby GRANTED.

SO ORDERED this the 25th day of September, 2024.

BY:

LOUISE W. FLANAGAN
United States District Judge