# Exhibit 2



## canvas backing

3 messages

**Duncan Byers** <dbyers@pwhd.com>  Mon, Jul 19, 2021 at 2:04 PM
To: Daniel Tanner <dan@tannerip.com>

Dan – I've attached three photos of the canvas backing bumps that we have discussed.  The smaller diameter and hopefully taller bumps are labeled "A" and the wider diameter bumps that look shorter are labeled "B".



Duncan G. Byers, Partner

**PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C.**

12350 Jefferson Avenue, Suite 300

Newport News, Virginia 23602

Direct: 757-223-4474

Fax: 757-249-3242

Email: dbyers@pwhd.com

Website: www.pwhd.com

https://www.pwhd.com/duncan-g-byers

https://www.linkedin.com/in/duncangbyers/



*Selected for the 27th Ed. of Best Lawyers in America  -*

*Intellectual Property Litigation*



**TANNER0295**

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of this message. IRS Circular 230 Disclosure: Unless expressly stated otherwise in the forgoing message, this communication is not a tax opinion. To the extent it contains tax advice, it is not intended or written to be used, and it cannot be used by the taxpayer for the purpose of avoiding tax penalties that may be imposed by the Internal Revenue Service.

**3 attachments**



WHP_6789.DGB.Markup.jpg
1661K



WHP_6790.DGB.Markup.jpg
1363K



WHP_6788.DGB.Markup.jpg
1413K

---

**Daniel Tanner** <dan@tannerip.com>  Mon, Jul 19, 2021 at 2:07 PM
To: Duncan Byers <dbyers@pwhd.com>

Will review and advise.

All the Very Best.

Dan Tanner

**TannerIP** PLLC
**Patent Attorneys &**
**Intellectual Property Counsel**

Telephone:  (703) 232-1160 Ext. 101
Facsimile:    (571) 393-3610

TANNER0296