IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-15-FL

| | |
|---|---|
| ROBERT TERRACINO and<br>BRADIE TERRACINO, Individuals,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIMACO, INC.,<br><br>    Defendant. | **APPENDIX OF EVIDENCE IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

| EXHIBIT NO. | DESCRIPTION |
|---|---|
| Ex. 1 | 2015-06-02 U.S. Patent No. 9,044,917 to Terracino |
| Ex. 2 | 2024-07-10 Defendant's First Set of Requests for Admission to Plaintiffs |
| Ex. 3 | 2024-09-13 Plaintiffs' Rule 26(a)(2) Disclosures |
| Ex. 4 | 2023-10-11 Dkt 40-6 Ex. 6 to Plaintiffs' Infringement Contentions – Amended Disclosure of Asserted Claims and Preliminary Infringement Contentions Pursuant to Local Patent Rule 303.1, dated August 14, 2023 |
| Ex. 5 | 2022-04-18 Dkt 17-7 Plaintiffs' Opinion of Counsel, dated January 6, 2022 |
| Ex. 6 | 2021-07-19 Communications between Opinion Counsel and Litigation Counsel |

Respectfully submitted, this 11th day of October, 2024.

/s/ Deborah Pollack-Milgate
John M. Moye (NC State Bar No. 35463)
BARNES & THORNBURG LLP
4208 Six Forks Road, Suite 1010
Raleigh, North Carolina 27609
Tel. (919) 536-6200 | Fax (919) 536-6201
jmoye@btlaw.com

Deborah Pollack-Milgate*
Joseph L. Fehribach*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313 | Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com
joseph.fehribach@btlaw.com
*by special appearance
Counsel for Defendant Trimaco, Inc.

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

*/s/ Deborah Pollack-Milgate*
Deborah Pollack-Milgate
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313 | Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com

*Attorney for Defendant Trimaco, Inc.*
