# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
### No. 5:22-CV-15-FL

| | |
|---|---|
| ROBERT TERRACINO and BRADIE TERRACINO, Individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TRIMACO, INC.,<br><br>Defendant. | **DEFENDANT'S RENEWED MOTION TO COMPEL DISCOVERY** |

COMES NOW Defendant Trimaco, Inc. ("Trimaco") and, pursuant to Fed. R. Civ. P. 26, 34, and 37, moves this Court to compel Plaintiffs to produce all documents requested in Defendant's Request for Production No. 2. The grounds for this Motion are set forth in Trimaco's Memorandum of Law, which is being submitted contemporaneously herewith.

Respectfully submitted this 11th day of October, 2024.

*/s/ Deborah Pollack-Milgate*
John M. Moye (NC State Bar No. 35463)
BARNES & THORNBURG LLP
4208 Six Forks Road, Suite 1010
Raleigh, NC 27609
Tel. (919) 536-6200 | Fax (919) 536-6201
jmoye@btlaw.com

Deborah Pollack-Milgate*
Joseph L. Fehribach*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313 | Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com
joseph.fehribach@btlaw.com

*\*by special appearance*

*Counsel for Defendant Trimaco, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Deborah Pollack-Milgate*
Deborah Pollack-Milgate
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313 | Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com