# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA WESTERN DIVISION
## No. 5:22-CV-15-FL

ROBERT TERRACINO and
BRADIE TERRACINO,

    Plaintiffs,

v.

TRIMACO, INC.,

    Defendant.

## PLAINTIFF'S (THIRD) SUPPLEMENTAL RESPONSES TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION NO. 2

These responses are provided in accordance only and limited to the Federal Rules of Civil Procedure and the Local Rules of the Federal Court for the Eastern District of North Carolina and Orders of this Court in this matter.

## REQUESTS FOR PRODUCTION

**Request No. 2.**

Produce all Documents constituting or concerning any opinion or draft opinions, assessments, or evaluations made by You or on Your behalf, whether written or oral, relating to the scope, claim interpretation, infringement, validity, or enforceability of the Asserted Claims of the '917 Patent, and including but not limited to any such documents related to Docket Entry 1-8, dated January 7, 2022.

**OBJECTIONS:**

Plaintiffs OBJECT to this discovery request to the extent that it seeks information protected under attorney work-product privilege including trial preparation material and further to the extent that it seeks information outside of the scope of the exceptions enumerated under Fed. R. Civ. P. 26(b)(4)(C).

**ANSWER:**

Neither of the Plaintiffs nor any third party have communicated with Plaintiffs' expert Daniel

1

Tanner, Esq., with regards to any of the areas of inquiry in Defendant's Request for Production of Documents No. 2.

Counsel for Plaintiffs provided a physical sample of a StayPut Plus Drop Cloth to Plaintiffs' expert Daniel Tanner, Esq. for his review when forming and drafting his opinion. That drop cloth is in possession of counsel for Plaintiffs and available for inspection at his offices.

The following documents are being provided (attached) as responsive and non-privileged:

TANNER0270-271

TANNER0291-292

TANNER0295-296

TANNER0333

TANNER0336

A privilege log for those documents subject to privilege is provided as follows:

**PRIVILEGE LOG:**

**The following documents are being identified and withheld subject to attorney work-product privilege including trial preparation material privilege and further to the extent that they contain expert communications outside of the scope of the exceptions provided for under Fed. R. Civ. P. 26(b)(4)(C)(i)-(iii).**

| Type | Dates | To | From | Content | No. |
|---|---|---|---|---|---|
| Email | Sept. 28, 2023 | D.Tanner | D. Byers | Forwarding Defendant's proposed claim construction – not relied upon by D. Tanner for opinion | TANNER0001-2 |
| Email | Nov. 1, 2023 | D.Tanner / D.Byers | D.Byers/ D.Tanner | Forwarding Plaintiff's Opening Claim Construction Brief | TANNER0003 |
| Email | Nov. 7-9, 2023 | D.Tanner / D.Byers | D.Byers/ D.Tanner | Email chain re: obtaining new local counsel in case | TANNER0004-39 |
| Email | July 3, | D.Tanner | D.Byers/ | Email chain re: | TANNER004 |

| | 2023 | / D.Byers | D.Tanner | litigation planning – discussion of Defendant's claim construction | 0-46 |
|---|---|---|---|---|---|
| Email | Feb. 3, 2022 - Aug. 3 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: litigation planning and re: Defendant's claim construction argument | TANNER0047-67 |
| Email | Aug. 23 - Nov. 15, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: obtaining new local counsel in case | TANNER0068-0212 |
| Email | Aug. 3 - 8, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: litigation planning related to claim construction | TANNER0213-0221 |
| Email | Aug. 7, 2023 | D.Tanner | D.Byers | Email chain re: sending images of Stay Put drop cloth | TANNER0222 |
| Email | Aug. 3 - 7, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: litigation planning related letter from defense counsel on infringement disclosure | TANNER0222-0225 |
| Email | Aug. 7, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email re: sending images of Stay Put drop cloth | TANNER0226 |
| Email | Aug. 3 - 7, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: setting conference call and images of Stay Put drop cloth | TANNER0226-0234 |
| Email | Aug. 3 - Oct. 11, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: litigation planning related to infringement disclosure and proposed claim construction | TANNER0235-0242 |
| Email | June 23 – Aug. 9, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: litigation status and claim chart under local rules | TANNER0243-0254 |
| Email | June. 23, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: litigation status and claim chart under local rules | TANNER0255-0256 |
| Email | Oct. 27 - | D.Tanner | D.Tanner | Email chain re: | TANNER025 |

3

| | Nov. 16, 2023 | / D.Byers | / D.Byers | change of local counsel | 7-0260 |
|---|---|---|---|---|---|
| Email | Nov. 27, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: discovery requests for expert materials | TANNER0261-0262 |
| Email | Nov. 9, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: change of local counsel | TANNER0263-0264 |
| Email | June 23, 2023 | D.Tanner / D.Byers Cc: W.Sykes | D.Tanner / D.Byers | Email chain re: litigation planning related to claim construction and claim chart under Local Rule 303.1 | TANNER0265-0267 |
| Email | April 29 - 30, 2021 | D.Tanner / D.Byers Cc: W.Sykes | D.Tanner / D.Byers | Email chain (redacted portion) re: initial review of Terracino case and providing expert with copies of Terracino and Trimaco patents **NOTE: THE EMAIL CONTAINS REDACTIONS OF COMMUNICATIONS PERTAINING TO OTHER MATTERS AND NOT THE CASE AT BAR** | TANNER0268-0271 |
| Email | April 20 – May 11, 2021 | D.Tanner / D.Byers Cc: W.Sykes | D.Tanner / D.Byers | Email chain re: initial review of Terracino case and scheduling of conference call and in-person meeting regarding the same | TANNER0276-0285; 0288-0290 |
| Email | June 4 – July 19, 2021 | D.Tanner / D.Byers Cc: W.Sykes | D.Tanner / D.Byers | Email chain (redacted) re: sending images of infringing drop cloth to expert and setting conference call to discuss the same **NOTE: THE EMAIL CONTAINS REDACTIONS OF COMMUNICATIONS PERTAINING TO OTHER MATTERS AND NOT THE CASE AT BAR** | TANNER0291- 0294; 0297-0302 |

| Email | July 29 - 30, 2021 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: setting conference call to discuss expert's initial case review | TANNER0303-0314 |
| --- | --- | --- | --- | --- | --- |
| Email | July 30, 2021 | D.Tanner / D.Byers Cc: W.Sykes | D.Tanner / D.Byers | Email chain re: authority to provide formal written opinion | TANNER0315 |
| Email | Sept. 10, 2021 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: follow up on timeline for formal written opinion | TANNER0321-0322 |
| Email | June 23, 2023 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain re: litigation planning related to claim construction and claim chart under Local Rule 303.1 | TANNER0321-0322 |
| Email | Sept. 22, 2021 | D.Tanner / D.Byers | D.Tanner / D.Byers | Email chain (redacted portion) re: litigation planning related to claim construction **NOTE: THE EMAIL CONTAINS REDACTIONS OF COMMUNICATIONS PERTAINING TO OTHER MATTERS AND NOT THE CASE AT BAR** | TANNER0333 |
| Email | Nov. 4, 2021 | D.Byers | D.Tanner | Email re: timeline for written opinion | TANNER0349 |
| Email | Dec. 1, 2021 | D.Tanner | D.Tanner | Email re: draft opinion | TANNER0360 |
| Email | Feb. 3, 2022 | D.Tanner / D.Byers Cc: W.Sykes | D.Tanner / D.Byers | Email chain re: litigation planning related to claim construction | TANNER363-0368 |

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2024, I served the foregoing via electronic mail on:

> John M. Moye (NC State Bar No. 35463)
> BARNES & THORNBURG LLP
> 4208 Six Forks Road, Suite 1010
> Raleigh, North Carolina 27609

5

Tel. (919) 536-6200
Fax (919) 536-6201
jmoye@btlaw.com

Deborah Pollack-Milgate*
Joseph L. Fehribach*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313
Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com
joseph.fehribach@btlaw.com
*by special appearance
*Counsel for Defendant Trimaco, Inc.*

                            */s/ Duncan G. Byers*
                            Duncan G. Byers (Va Bar No. 48146)
                            Byers Law
                            1769 Jamestown Road, Suite 120
                            Williamsburg, Virginia 23185
                            Tel. 757.317.2779
                            Fax 757.231.3797
                            dbyers@dbyerslaw.com
                            *Specially Admitted Counsel for Plaintiff*