# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-15-FL**

| | |
|---|---|
| ROBERT TERRACINO and<br>BRADIE TERRACINO,<br><br>      Plaintiffs,<br><br>v.<br><br>TRIMACO, INC.,<br><br>      Defendant. | |

**TRIMACO'S REDACTION LOG TO DOCUMENTS PRODUCED IN RESPONSE
TO PLAINTIFFS' FIRST SET OF REQUESTS FOR PRODUCTION**

| Type | Date(s) | Content | No. |
|---|---|---|---|
| Brochure (PDF) | April 1, 2022 | TRIMACO Sherwin-Williams Direct Ship Price List.<br>**Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000068 69-97 |
| Brochure (PDF) | April 1, 2022 | TRIMACO Sherwin-Williams Direct Ship Price List.<br>**Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000100 101-131 |

| Brochure (PDF) | March 1, 2021 | TRIMACO ALLPRO Group Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000132 133-163 |
|---|---|---|---|
| Brochure (PDF) | March 1, 2021 | TRIMACO Group Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000164 165-195 |
| Brochure (PDF) | August 15, 2021 | TRIMACO ALLPRO Group Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000196 197-227 |
| Brochure (PDF) | April 1, 2021 | TRIMACO ALLPRO Group Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000228 229-259 |

| | | responsive to a request is unredacted. | |
|---|---|---|---|
| Brochure (PDF) | March 1, 2021 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000260 261-291 |
| Brochure (PDF) | March 1, 2021 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000292 293-323 |
| Brochure (PDF) | November 15, 2018 | TRIMACO Group Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000324 325-355 |
| PDF | N/A | TRIMACO pricing document. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000356 356-379 |

| | | | |
|---|---|---|---|
| | | responsive to a request is unredacted. | |
| Brochure (PDF) | April 1, 2022 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000380 381-411 |
| Brochure (PDF) | April 1, 2018 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000412 413-439 |
| Brochure (PDF) | May 15, 2018 | TRIMACO Group Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000440 441-471 |
| Brochure (PDF) | April 1, 2022 | TRIMACO-Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to** | TRIMACO00000472 473-503 |

| | | | |
|---|---|---|---|
| | | the stay put drop cloths that is responsive to a request is unredacted. | |
| Brochure (PDF) | March 1, 2017 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000504 505-527 |
| Brochure (PDF) | July 1, 2020 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000528 529-559 |
| Brochure (PDF) | April 1, 2021 | TRIMACO Group Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000560 561-591 |
| Brochure (PDF) | April 1, 2022 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information** | TRIMACO00000592 593-623 |

| | | within this document related to the stay put drop cloths that is responsive to a request is unredacted. | |
|---|---|---|---|
| Brochure (PDF) | April 1, 2022 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000624 625-655 |
| Brochure (PDF) | April 1, 2022 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000656 657-687 |
| Brochure (PDF) | February 1, 2020 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000688 689-719 |
| Brochure (PDF) | September 24, 2018 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to** | TRIMACO00000720 721-747 |

| | | | |
|---|---|---|---|
| | | products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted. | |
| Brochure (PDF) | November 15, 2018 | TRIMACO ALLPRO Group Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000748 749-779 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000780 780 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000781 781 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the** | TRIMACO00000782 782 |

| | | | |
|---|---|---|---|
| | | **present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000783 783 |
| Excel spreadsheet | N/A | Spreadsheet regarding product pricing and cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000791 791 |
| Excel spreadsheet | N/A | Spreadsheet regarding product pricing and cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000794 794 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to the** | TRIMACO00000795 795 |

| | | present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted. | |
|---|---|---|---|
| Excel spreadsheet | N/A | Spreadsheet regarding product cost and sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000796 796 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000797 797 |
| Excel spreadsheet | N/A | Spreadsheet regarding product prices. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000804 804 |
| Excel spreadsheet | N/A | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to the** | TRIMACO00000805 805 |

| | | | |
|---|---|---|---|
| | | **present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | |
| Excel spreadsheet | N/A | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000806 806 |
| Excel spreadsheet | N/A | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000807 807 |
| Excel spreadsheet | N/A | Spreadsheet regarding product pricing and cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000808 808 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information** | TRIMACO00000814 814 |

| | | | |
|---|---|---|---|
| | | **within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | |
| Excel spreadsheet | N/A | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000815 815 |
| Excel spreadsheet | N/A | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000816 816 |
| Excel spreadsheet | N/A | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000827 827 |
| Excel spreadsheet | N/A | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000832 832 |

| | | | |
|---|---|---|---|
| | | responsive to a request is unredacted. | |
| Excel spreadsheet | March 22, 2021 | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000833 833 |
| Excel spreadsheet | N/A | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000834 834 |
| Excel spreadsheet | N/A | Spreadsheet regarding product cost. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000837 837 |
| Excel spreadsheet | N/A | Spreadsheet regarding product pricing. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000839 839 |

| | | responsive to a request is unredacted. | |
|---|---|---|---|
| Excel spreadsheet | N/A | Spreadsheet regarding product pricing.<br>**Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000840 840 |
| Excel spreadsheet | N/A | Spreadsheet regarding product pricing.<br>**Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000841 841 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales.<br>**Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000842 842 |
| Excel spreadsheet | N/A | Spreadsheet regarding product pricing.<br>**Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to** | TRIMACO00000843 843 |

| | | the stay put drop cloths that is responsive to a request is unredacted. | |
|---|---|---|---|
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000844 844 |
| Excel spreadsheet | N/A | Spreadsheet regarding product pricing. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000845 845 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000846 846 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000855 855 |

| | | responsive to a request is unredacted. | |
|---|---|---|---|
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000860 860 |
| Email | February 27, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000958 958 |
| Email | December 30, 2019 & February 7, 2020 | Email chain regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000968 968 |
| Email | September 25, 2019 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000969 969 |

| | | | |
|---|---|---|---|
| | | responsive to a request is unredacted. | |
| Email | August 29, 2019 & September 12, 2019 | Email chain regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000970 970 |
| Email | December 30, 2019 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000971 971 |
| Email | October 31, 2019 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000972 972 |
| Email | December 30, 2019 | Email chain regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000973 973 |

| | | | |
|---|---|---|---|
| | | responsive to a request is unredacted. | |
| Email | December 2, 2019 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000974 974 |
| Excel spreadsheet | N/A | Excel spreadsheet. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000976 976 |
| Excel spreadsheet | N/A | Monthly report spreadsheet. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000978 978 |
| Email | March 26, 2020 | Email regarding product rebate accruals by site. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000979 979 |

| Email | January 31, 2020 | responsive to a request is unredacted. | |
|---|---|---|---|
| Email | January 31, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000980 980 |
| Email | September 25, 2019 & March 25, 2020 | Email chain regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000981 981 |
| Email | February 28, 2020 & March 2, 2020 | Email chain regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000982 982 |
| Email | February 28, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000983 983 |

| | | responsive to a request is unredacted. | |
|---|---|---|---|
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000988 988 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000989 989 |
| Email | August 29, 2019 | Email chain regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000993 993 |
| Email | May 30, 2019 | Email chain regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is** | TRIMACO00000994 994 |

| | | responsive to a request is unredacted. | |
|---|---|---|---|
| Email | August 29, 2019 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000995 995 |
| Email | August 2, 2019 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000996 996 |
| Email | May 1, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000997 997 |
| Email | May 28, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000998 998 |

| Email | June 25, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00000999 999 |
|-------|---------------|---------------------------------|----------------------|
| Email | October 2, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001000 1000 |
| Email | September 2, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001001 1001 |
| Email | December 2, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001002 1002 |
| Email | January 5, 2021 | Email regarding product accruals. | TRIMACO00001003 1003 |

| | | **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | |
|---|---|---|---|
| Email | August 4, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001004 1004 |
| Email | March 2, 2021 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001005 1005 |
| Email | November 3, 2020 | Email regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001006 1006 |
| Email | February 2, 2021 | Email regarding product accruals. **Note: the redacted portions within this document include pricing,** | TRIMACO00001007 1007 |

| | | cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted. | |
|---|---|---|---|
| Email | December 30, 2019 & February 2, 2020 | Email chain regarding product accruals. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001008 1008 |
| Excel spreadsheet | N/A | Spreadsheet regarding product sales. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001010 1010 |
| PDF | N/A | TRIMACO Sherwin-Williams Blue Bucket Sale. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001011 1011-1012 |
| Brochure (PDF) | N/A | TRIMACO Product Catalogue. **Note: the redacted portions within this document include pricing,** | TRIMACO00001013 1014-1056 |

| | | | |
|---|---|---|---|
| | | cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted. | |
| Brochure (PDF) | May 1, 2016 | TRIMACO Sherwin-Williams Direct Ship Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001059 1060-1081 |
| Brochure (PDF) | September 1, 2017 | TRIMACO ALLPRO Group Price List. **Note: the redacted portions within this document include pricing, cost, revenue information, and/or product identifiers related to products that are irrelevant to the present matter. All information within this document related to the stay put drop cloths that is responsive to a request is unredacted.** | TRIMACO00001083 1085-1112 |

Dated: October 21, 2024

*/s/ Joseph L. Fehribach*
John M. Moye (NC State Bar No. 35463)
BARNES & THORNBURG LLP
4208 Six Forks Road, Suite 1010
Raleigh, North Carolina 27609
Tel. (919) 536-6200
Fax (919) 536-6201
jmoye@btlaw.com

Deborah Pollack-Milgate*

Joseph L. Fehribach\*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313
Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com
joseph.fehribach@btlaw.com
*by special appearance*
*Counsel for Defendant Trimaco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2024, a true and correct copy of the foregoing was served electronically upon the following counsel of record for Plaintiffs:

William Ellis Boyle
N.C. State I.D. No.: 33826
Ward and Smith, P.A.
Post Office Box 33009 Wilmington, NC 27636-3009
weboyle@wardandsmith.com

Duncan G. Byers, Esq.
1769 Jamestown Road, Suite 120
Williamsburg, Virginia 23185
dbyers@dbyerslaw.com

*/s/ Joseph L. Fehribach*
Joseph L. Fehribach*
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313
Fax (317) 231-7433
joseph.fehribach@btlaw.com
*by special appearance*
*Counsel for Defendant Trimaco, Inc.*