IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-15-FL

ROBERT TERRACINO and
BRADIE TERRACINO,

    Plaintiffs,

v.

TRIMACO, INC.,

    Defendant.

## MOTION TO WITHDRAW OR AMEND ADMISSIONS

    COME NOW Plaintiffs, Robert and Bradie Terracino, for their Motion to Withdraw or Amend Admissions pursuant to Fed. R. Civ. P. 36(b). Plaintiffs' arguments in support of this Motion are supplied in its Opposition to Motion for Summary Judgment and Memorandum of Law in Support of Motion to Withdraw or Amend Admissions, filed simultaneously with this Motion. Plaintiffs' proposed amended response to Defendant's Request for Admissions is attached herein as Exhibit 1.

    For the reasons stated therein, Plaintiffs respectfully request that the Court grant this Motion and deem Plaintiffs' Admissions amended as shown in Exhibit 1.

    Respectfully submitted, this 30th day of October, 2024.

                                    /s/ Duncan G. Byers____
                                    Duncan G. Byers
                                    BYERS LAW
                                    1769 Jamestown Road, Suite 120
                                    Williamsburg, Virginia 23185

(757) 317-2779
Fax (757) 231-3797
dbyers@dbyerslaw.com
Va. Bar ID No. 48146
*Special Appearance Counsel for Plaintiffs
Robert and Bradie Terracino*


/s/William Ellis Boyle
William Ellis Boyle
N.C. State I.D. No.: 33826
email: docket@wardandsmith.com
email: weboyle@wardandsmith.com
Ward and Smith, P.A.
Post Office Box 33009
Wilmington, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
*Local Civil Rule 83.1(d) Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2024 I electronically filed the foregoing Opposition to Defendant's Motion for Summary Judgment with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.


/s/ Duncan G. Byers
Duncan G. Byers
BYERS LAW
1769 Jamestown Road, Suite 120
Williamsburg, Virginia 23185
(757) 317-2779
Fax (757) 231-3797
dbyers@dbyerslaw.com
Va. Bar ID No. 48146
*Special Appearance Counsel for Plaintiffs
Robert and Bradie Terracino*


/s/William Ellis Boyle
William Ellis Boyle
N.C. State I.D. No.: 33826

2

email: docket@wardandsmith.com
email: weboyle@wardandsmith.com
Ward and Smith, P.A.
Post Office Box 33009
Wilmington, NC  27636-3009
Telephone:  919.277.9100
Facsimile:  919.277.9177
*Local Civil Rule 83.1(d) Attorney for Plaintiffs*