IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CIVIL ACTION FILE NO.: 5:22-CV-15-FL

| | |
|---|---|
| ROBERT TERRACINO AND BRADIE TERRACINO, ) ) ) Plaintiffs ) ) v. ) ) TRIMACO, INC., ) ) Defendant ) | NOTICE OF APPEARANCE |

      Joseph A. Schouten, Esq. of the law firm of Ward and Smith, P.A. hereby provides notice that he is entering Local Civil Rule 83.1(d) appearance as counsel of record in this action for the Plaintiffs.

      /s/ *Joseph A. Schouten*
      N.C. State Bar I.D. No.: 39430
      email: docket@wardandsmith.com*
      email: jas@wardandsmith.com**
      For the firm of
      Ward and Smith, P.A.
      Post Office Box 33009
      Raleigh, NC  27636-3009
      Telephone:  919.277.9100
      Facsimile:  919.277.9177
      *Local Civil Rule 83.1(d) Attorney for Plaintiffs*

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

CERTIFICATE OF SERVICE

        I hereby certify that on December 4, 2024, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which served notice of this filing to all counsel of record.

        /s/ *Joseph A. Schouten*
N.C. State Bar I.D. No.: 39430
email: docket@wardandsmith.com*
email: jas@wardandsmith.com**
For the firm of
Ward and Smith, P.A.
Post Office Box 33009
Raleigh, NC 27636-3009
Telephone: 919.277.9100
Facsimile: 919.277.9177
*Local Civil Rule 83.1(d) Attorney for Plaintiffs*

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

** Email address to be used for all communications other than service.

ND:4909-2332-5699, v. 1