UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| ROBERT TERRACINO and BRADIE TERRACINO, | ) ) | |
| Plaintiffs, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | No. 2:14-CV-00008-FL |
| TRIMACO, INC. f/k/a Trimaco, LLC; CHARLES COBAUGH; and DAVID C. MAY; | ) ) ) ) | |
| Defendants. | ) ) | |
| - - - | ) ) | |
| TRIMACO, INC. f/k/a Trimaco, LLC; CHARLES COBAUGH; and DAVID C. MAY; | ) ) ) ) | |
| Counter Claimants, | ) ) | |
| v. | ) ) | |
| ROBERT TERRACINO and BRADIE TERRACINO, | ) ) ) | |
| Counter Defendants. | ) ) | |

**DECISION BY THE COURT.**

It is **ORDERED, ADJUDGED AND DECREED** for the reasons detailed in the court's March 27, 2023, order, that the motion to dismiss by defendants Trimaco, Inc. f/k/a Trimaco, LLC, Charles Cobaugh, and David C. May, is granted in part and denied in part, and all claims by plaintiffs Robert Terracino and Bradie Terracino, except for their patent infringement claim against defendant Trimaco, Inc. f/k/a Trimaco, LLC, are dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

It is **FURTHER ORDERED, ADJUDGED AND DECREED** for the reasons detailed in the court's March 27, 2025, order, that defendant Trimaco, Inc. f/k/a Trimaco, LLC's motion for summary judgment is granted, and summary judgment is entered in favor of defendant Trimaco, Inc. f/k/a Trimaco, LLC, and against plaintiffs on their patent infringement claim.

It is **FURTHER ORDERED, ADJUDGED AND DECREED** for the reasons detailed in the

court's in the court's March 27, 2025, order, and April 11, 2025, order, that the counterclaim for non-infringement by defendants Trimaco, Inc. f/k/a Trimaco, LLC, Charles Cobaugh, and David C. May, is dismissed, and their counterclaim under 35 U.S.C. § 285 is dismissed without prejudice, subject to defendant Trimaco, Inc. f/k/a Trimaco, LLC's right to otherwise seek attorneys' fees and costs pursuant to Federal Rules of Civil Procedure and relevant statutory authorities.

**This Judgment Filed and Entered on April 21, 2025, and Copies To:**
Duncan G. Byers / W. Ellis Boyle / Joseph A. Schouten / Allen R. Baum / Deborah E. Pollock-Milgate / Joe Fehribach (via CM/ECF Notice of Electronic Filing)
April 21, 2025                          PETER A MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　　/s/ Sandra K. Collins
　　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk