# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
## No. 5:22-CV-15-FL

| | |
|---|---|
| ROBERT TERRACINO and<br>BRADIE TERRACINO, Individuals,<br><br>　　　Plaintiffs,<br><br>v.<br><br>TRIMACO, INC.,<br><br>　　　Defendant. | **DEFENDANT'S MOTION FOR FEES PURSUANT TO 35 U.S.C. § 285 AND 28 U.S.C. § 1927** |

COMES NOW Defendant Trimaco, Inc. ("Trimaco"), by and through counsel and moves this Court to award reasonable attorneys' fees and associated expert fees to Trimaco. The grounds for this Motion are set forth in Trimaco's Memorandum of Law, which is being submitted contemporaneously herewith.

Respectfully submitted this 5th day of May, 2025.

　　　　　　　　　　　　　　　　　　*/s/ Deborah Pollack-Milgate*
　　　　　　　　　　　　　　　　　　Allen R. Baum (NC State Bar No. 24868)
　　　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　　4208 Six Forks Road, Suite 1010
　　　　　　　　　　　　　　　　　　Raleigh, NC 27609
　　　　　　　　　　　　　　　　　　Tel. (919) 536-6200 | Fax (919) 536-6201
　　　　　　　　　　　　　　　　　　allen.baum@btlaw.com

　　　　　　　　　　　　　　　　　　Deborah Pollack-Milgate*
　　　　　　　　　　　　　　　　　　Joseph L. Fehribach*
　　　　　　　　　　　　　　　　　　BARNES & THORNBURG LLP
　　　　　　　　　　　　　　　　　　11 S. Meridian Street
　　　　　　　　　　　　　　　　　　Indianapolis, IN 46204
　　　　　　　　　　　　　　　　　　Tel. (317) 231-1313 | Fax (317) 231-7433
　　　　　　　　　　　　　　　　　　deborah.pollackmilgate@btlaw.com
　　　　　　　　　　　　　　　　　　joseph.fehribach@btlaw.com

　　　　　　　　　　　　　　　　　　**by special appearance*

　　　　　　　　　　　　　　　　　　*Counsel for Defendant Trimaco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Deborah Pollack-Milgate*
Deborah Pollack-Milgate
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, IN 46204
Tel. (317) 231-1313 | Fax (317) 231-7433
deborah.pollackmilgate@btlaw.com

*Attorney for Defendant Trimaco, Inc.*