IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-15-FL

| ROBERT TERRACINO and <br> BRADIE TERRACINO, Individuals, <br><br> Plaintiffs, <br><br> v. <br><br> TRIMACO, INC., <br><br> Defendant. | **ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO SEAL THE DECLARATION OF DEBORAH POLLACK-MILGATE** |
|---|---|

This matter comes before the Court on the Motion by Trimaco, Inc. ("Trimaco") to permanently seal the Declaration of Deborah Pollack-Milgate and its Exhibits 1 and 2, filed as Exhibit D to Defendant's Motion for Fees Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927.

WHEREAS, the Court finds that the Declaration of Deborah Pollack-Milgate, and its Exhibits 1 and 2, contain non-public and sensitive business information belonging to counsel for Trimaco;

WHEREAS, the disclosure of such confidential information contained in Declaration of Deborah Pollack-Milgate, and its Exhibits 1 and 2, could cause harm to Trimaco, if disclosed;

WHEREAS, Trimaco wishes the information set forth in the Declaration of Deborah Pollack-Milgate, and its Exhibits 1 and 2, be sealed by the Court;

WHEREAS, the public's right to access such information is outweighed by the interests which Trimaco claims in protecting against public disclosure;

WHEREAS, Plaintiffs do not oppose this Motion;

AND WHEREAS, the Court has provided notice to the public of Defendant's Motion to Seal [Dkt. 131];

NOW, THEREFORE, upon consideration of Trimaco's Motion to Seal, the memorandum in support thereof, and the entire record herein, it is hereby:

ORDERED that Trimaco's Motion to Seal is hereby GRANTED; and it is

FURTHER ORDERED the Declaration of Deborah Pollack-Milgate and its Exhibits 1 and 2, filed as Exhibit D to Defendant's Motion for Fees Pursuant to 35 U.S.C. § 285 and 28 U.S.C. § 1927, be permanently FILED UNDER SEAL.

SO ORDERED, this the 7th day of May, 2025.

_____
The Honorable Louise W. Flanagan
United States District Court Judge