IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-15-FL

| | |
|---|---|
| ROBERT TERRACINO and<br>BRADIE TERRACINO,<br><br>    Plaintiffs,<br><br>v.<br><br>TRIMACO, INC.,<br><br>    Defendant. | **PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR UNOPPOSED MOTION TO STAY** |

## ORDER

This matter is before the Court on Plaintiffs Robert and Bradie Terracinos' Unopposed Motion to Stay Defendant's Motion for Bill of Costs and Motion for Attorneys' Fees pending Plaintiffs' appeal of the Court's grant of Summary Judgment to Defendant to the Federal Circuit Court for the Federal Circuit. The Court finds that good cause exists for the requested stay.

WHEREFORE, IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion to Stay Defendant's Motion for Bill of Costs and Motion for Attorneys' Fees is hereby GRANTED.

SO ORDERED this the 23rd day of May, 2025.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge